United States District Court
Southern District of Texas
**ENTERED**
June 09, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSHUA LEE CRISWELL, §<br>TDCJ #2113753, §<br>§<br>Petitioner, §<br>§<br>v. §<br>§ CIVIL ACTION NO. H-20-3017<br>BOBBY LUMPKIN, Director, §<br>Texas Department of Criminal §<br>Justice - Correctional §<br>Institutions Division, §<br>§<br>Respondent. § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 9th day of June, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE